IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Adrian Palacios Benitez, ) | C/A No.: 2:21-cv-1155-RMG |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| Ur Jaddou, Director, U.S. Citizenship ) | |
| and Immigration Services, U.S. Citizenship ) | |
| and Immigration Services, and U.S. ) | |
| Immigration and Customs Enforcement, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**ORDER**

This Court has reviewed the parties' joint motion. (Dkt. No. 21). Based on their agreement, this Court finds good cause to remand and dismiss the Plaintiff's First Cause of Action to Defendant Ur Jaddou, Director, United States Citizenship and Immigration acting through the Charleston Field Office on the following terms:

1. Upon remand of Plaintiff's First Cause of Action, Defendant Ur Jaddou, Director, United States Citizenship and Immigration acting through the Charleston Field Office will issue a final decision within 14 days;

2. During this final adjudication, Defendant Ur Jaddou, Director, United States Citizenship and Immigration acting through the Charleston Field Office agrees not to consider any derogatory evidence that predates his naturalization interview November 12, 2019;

3. If Defendant Ur Jaddou, Director, United States Citizenship and Immigration acting through the Charleston Field Office recommends Plaintiff for naturalization, it will

schedule an oath ceremony and issue his naturalization certificate within 30 days of remand from this Court.

On or before November 1, 2021, the parties are directed to file a joint status report with the Court informing it of the status of Plaintiff's remaining claims.

**AND IT IS SO ORDERED.**

October 12, 2021                                         S/ Richard Mark Gergel
                                                         Richard M. Gergel
                                                         United States District Judge